UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:14-cv-00348

Name of party requesting extension: VIZIO, Inc.

Is this the first application for extension of time in this case? ☑ Yes
☐ No

If no, please indicate which application this represents:
☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 05/09/2014

Number of days requested:
☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 06/30/2014 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Avraham Schwartz
State Bar No.: CA State Bar No. 260591
Firm Name: VIZIO, Inc.
Address: 39 Tesla
Irvine, CA 92618

Phone: (949) 483-8068
Fax:
Email: avi.schwartz@vizio.com

A certificate of conference does not need to be filed with this unopposed application.